Opinion issued November 15, 2012



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00893-CR

———————————

**STAN DUANE JENNINGS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 48307**

---

## MEMORANDUM OPINION

Appellant, Stan Duane Jennings, has filed a motion to dismiss the appeal.

The motion complies with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R.

APP. P. 42.2(a).  We have not issued an opinion in the appeal.  *See* TEX. R. APP. P. 42.2(b).

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Do not publish.  TEX. R. APP. P. 47.2(b).